*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, GASTON, and FOIL
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Emiliano F. CORRALEJO-AGUIRRE**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 202000015**

Decided: 25 June 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Stephen Keane

Sentence adjudged 1 October 2019 by a general court-martial convened at Marine Corps Air Combat Ground Center, Twentynine Palms, CA, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 27 months,[1] reduction to E-1, total forfeitures, and a bad-conduct discharge.

For Appellant:
*Captain Thomas P. Belsky, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] The convening suspended confinement in excess of 24 months pursuant to a pretrial agreement.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court